

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: INDUSTRIAL LIFE INSURANCE LITIGATION

MDL NO. 1371 and consolidated MDLs

5:04cv55

ELDORA BURKES

v.

LIFE INSURANCE COMPANY OF GEORGIA

CIVIL ACTION 04-2262

SECTION "F"

ORDER

All proceedings that can be conducted for Civil Action Number 04-2262 have been conducted. Accordingly, IT IS ORDERED: that Civil Action Number 04-2262 be returned to the transferor court for any further proceedings.

New Orleans, Louisiana, June 27, 2007.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

CLERK'S OFFICE
A TRUE COPY
JUN 28 2007

Deputy Clerk, U. S. District Court
Eastern District Of Louisiana
New Orleans, La.